IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Lenora Bonaparte, | ) | C/A No.: 3:15-644-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Rule 502(D) Order |
| | ) | |
| Ahava Hospice, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

IT IS SO ORDERED.

*Shiva V. Hodges*

March 24, 2015
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge